Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
January 08, 2020

SHELLEY D. KROHN, TRUSTEE
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Phone: (702) 421-2210
Fax: (702) 366-1939
E-mail: Shelley@TrusteeKrohn.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

COLVIN, PARNELL, III

Debtor(s).

Case No.: BK-S-19-16459-MKN
Chapter 7

**ORDER CONFIRMING AUTOMATIC DISMISSAL OF CHAPTER 7 CASE**

**(NO HEARING REQUIRED)**

The Request of Shelley D. Krohn ("Trustee") having come before this Court and it appearing that the Debtor did not file schedules within 45 days after the date of the filing of the petition, pursuant to Bankruptcy Code § 521(i), this case is dismissed as of the 46th day after the date of the filing of the petition.

Submitted by:

Shelley D. Krohn, Trustee

###